UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM GILBERTO RAMOS,

    Petitioner,

v.

IRMA YOLANDA LOPEZ.,

    Respondent.

Case No. C18-0180RSM

ORDER DIRECTING RESPONSE TO PETITION

This matter comes before the Court on Petitioner's Petition for Return of a Child to the State of Habitual Residence pursuant to the Hague Convention. Dkt. #1. The Petition was filed on February 6, 2018, and served on Respondent on February 13, 2018. Dkt. #5. Respondent has not yet appeared in this matter.

On February 15, 2018, this Court issued its standard Order Regarding Initial Disclosures and Joint Status Report. Dkt. #7. However, recognizing the unique posture of this case, and recognizing that Article 11 of the Hague Convention requires this Court to "act expeditiously in proceedings for the return of children," the Court now hereby finds and ORDERS:

1. The Clerk SHALL VACATE this Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. #7) as it is not immediately applicable to this matter.

2. Respondent SHALL file a Response to the Petition **no later than thirty-five (35) calendar days from the date of this Order.**

ORDER
PAGE - 1

3. Petitioner may file a Reply **no later than fourteen (14) days from the date of receipt of the Response**.

4. Upon receipt of the briefing, or upon earlier motion by any party, the Court shall schedule a hearing in this matter in order to expedite its resolution.

5. Because Respondent has not yet appeared, **Petitioner shall serve a copy of this Order on Respondent no later than five (5) days from the receipt of this Order.**

DATED this 20 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2