UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM GILBERTO RAMOS,

        Petitioner,

        v.

IRMA YOLANDA LOPEZ,

        Respondent.

CASE NO. C18-0180RSM

ORDER REFERRING MATTER TO PRO BONO SCREENING PANEL

This matter comes before the Court on Respondent's request for pro bono counsel, which request she made orally before the Court on May 8, 2018. Respondent states that she has contacted numerous attorneys about this case, but that they have declined to represent her on the basis that it involves the Hague Convention, with which they are unfamiliar. Respondent contacted the Northwest Immigrant Rights Project who is unable to represent her, but provided her with a list of attorneys that may be able to represent her. To date, she has been unable to find counsel.

This District has adopted a plan for the representation of *pro se* plaintiffs in civil rights actions. *General Order 10-05*. The Court believes the appointment of counsel will serve the interests of justice. Accordingly, the Court refers Plaintiff's motion to appoint counsel to the Nonprisoner Civil Rights Case Screening Committee ("Screening Committee") for review and a

ORDER
PAGE - 1

recommendation as to whether the Court should appoint counsel. The Clerk SHALL provide a copy of all briefing in this matter to the Screening panel, along with the motion.

The Court requests that the Screening Committee expedite its consideration of this matter given that an evidentiary hearing is currently scheduled for June 14, 2018 at 1:00 p.m.

DATED this 8 day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2