# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

WILLIAM GILBERTO RAMOS,

    Petitioner,

  v.

IRMA YOLANDA LOPEZ,

    Respondent.

CASE NO. C18-0180RSM

AMENDED ORDER APPOINTING PRO BONO COUNSEL

The following Order VACATES and REPLACES the prior Order made by this Court referring this matter to the Pro Bono Screening Committee. No such referral was intended.

This matter comes before the Court on Respondent's request for pro bono counsel, which request she made orally before the Court on May 8, 2018. Respondent states that she has contacted numerous attorneys about this case, but that they have declined to represent her on the basis that it involves the Hague Convention, with which they are unfamiliar. Respondent also contacted the Northwest Immigrant Rights Project who is unable to represent her, but provided her with a list of attorneys that may be able to represent her. To date, she has been unable to find counsel.

The Court believes the appointment of counsel will serve the interests of justice. Accordingly, the Pro Bono Coordinator is DIRECTED to identify counsel from the Pro Bono

ORDER
PAGE - 1

Panel to represent Respondent in these proceedings. Once identified, this Court shall appoint the selected attorney to represent the Respondent.

DATED this 9th day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE