UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM GILBERTO, RAMOS,

    Petitioner,

v.

IRMA YOLANDA, LOPEZ,

    Respondent.

No.: 2:18-cv-00180-RSM

STIPULATION OF HEARING DATE AND RELATED DATES AND ORDER

## STIPULATION

Petitioner William Gilberto Ramos and Respondent Irma Yolanda Lopez, by and through their respective counsel, stipulate as follows:

| | |
|---|---|
| **HEARING DATE** | August 30, 2018 at 10:00 am |
| Exchange Exhibit and Witness List | August 8, 2018 |
| Pre-hearing memoranda and motions in limine due | August 20, 2018 |
| Responses to motions in limine due | August 27, 2018 |
| File Combined Exhibit and Witness List | August 27, 2018 |

IT IS SO ORDERED:

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION OF HEARING DATE AND RELATED DATES AND ORDER
NO.: 2:18-CV-00180-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

DATED: August 17, 2018

LANE POWELL PC

By */s/ Taylor Washburn*
Dustin O'Quinn, TXSBA # 24056058
Taylor Washburn, WSBA # 51524
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: oquinnd@lanepowell.com
washburnt@lanepowell.com

MICHELLE PETERSON LAW PLLC

By */s/ Kerry Swendt*
Michelle Peterson, WSBA # 33598
Kerry Swendt, WSBA # 49922
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206.224.7618
Email: michelle@michellepetersonlaw.com
kerry@michellepetersonlaw.com

*Attorneys for Respondent Irma Yolanda Lopez*

BULLIVANT HOUSER BAILEY PC

By */s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
E-mail: matthew.sekits@bullivant.com
Jayme N. Mori, WSBA #50578
E-mail: jayme.mori@bullivant.com

*Attorneys for Petitioner William Gilberto Ramos*

STIPULATION OF HEARING DATE AND RELATED DATES AND ORDER
NO.: 2:18-CV-00180-RSM

PAGE 2

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930